Zheng "Andy" Liu (C.B.N. 279327)
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us
*Attorneys for Plaintiff Keyi Chen*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYI CHEN<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION (CBP)<br><br>Defendant. | Case No.: 2:25-cv-03244-SVW-ADS<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that this action is voluntarily dismissed. Defendant CBP has not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: June 16, 2025               Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu, CBN 279327
*Attorneys for Plaintiff Keyi Chen*

**NOTICE OF VOLUNTARY DISMISSAL**